**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel*. JUNE P BRINSON, *et al.*,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:14-cv-07275-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel*. TIFFANY MITCHELL,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:15-cv-00259-AB |
| UNITED STATES OF AMERICA, *ex rel*. CARRIE EBORALL,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-03249-AB |
| UNITED STATES OF AMERICA, *et al.*, *ex rel*. DEBRA CONAWAY, *et al.*,<br>        Plaintiffs,<br><br>        v.<br><br>UNIVERSAL HEALTH SERVICES INC., *et al.*,<br>        Defendants. | CIVIL ACTION<br>No. 2:17-cv-02233-AB |

UNITED STATES OF AMERICA, *et al.*, *ex rel*. WAYNE BROCKMAN, *et al.*,
     Plaintiffs,

     v.

UNIVERSAL HEALTH SERVICES INC., *et al.*,
     Defendants.

CIVIL ACTION
No. 2:17-cv-05350-AB

---

UNITED STATES OF AMERICA, *et al.*, *ex rel*. SHERALYN CHISHOLM,

     Plaintiffs,

     v.

UNIVERSAL HEALTH SERVICES INC., *et al.*,
     Defendants.

CIVIL ACTION
No. 2:17-cv-01892-AB

## NOTICE

     **AND NOW**, this 3rd day of August 2020, the Court will conduct a telephonic status conference on **August 3, 2020,** at **10:30 a.m**.  Counsel for the Defendant will initiate the teleconference and provide call in information to all parties via e-mail.

                        S/JOSEPH B. WALTON_____
                        JOSEPH B. WALTON,
                        CIVIL DEPUTY TO
                        HONORABLE ANITA B. BRODY